**Opinion issued June 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00164-CV

———————————

**CITY OF HOUSTON, Appellant**

**V.**

**GROVER SULLIVAN, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-41838**

---

## MEMORANDUM OPINION

Appellant, City of Houston (the "City"), filed a notice of interlocutory appeal from the trial court's February 25, 2025 "Order Denying [the City's] Plea to the Jurisdiction/Traditional and No-Evidence Motion for Summary Judgment." On May 14, 2025, the City filed a "Motion for Voluntary Dismissal of Appeal." In its

motion, the City stated that the "parties [had] resolved the underlying dispute and entered into a settlement agreement." The City therefore requested that the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). The City's motion includes a certificate of conference stating that appellee, Grover Sullivan, is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants the City's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.